U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG 12 2024

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| HUNTER LAYNE HARRISON, | ) |
| Plaintiff, | ) |
| v. | ) CV 324-047 |
| CAPTAIN CUMBIE, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this ___12th___ day of August, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE