AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HUNTER LAYNE HARRISON,

Plaintiff,

v.

CAPTAIN CUMBIE,

Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV324-47

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on August 12, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice.



August 12, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk